IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **KENNETH WORLEY,**  )  <br>    **Plaintiff,**  )  <br>                              )  <br>**v.**                         )  <br>                              )  <br>**ALEX JONES,** *et al.*,  )  <br>    **Defendants.**  )  | **CIVIL ACTION 1:19-01047-KD-N** |

**ORDER**

After due and proper consideration of all portions of this file deemed relevant to the issues raised and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated April 27, 2020 is **ADOPTED** as the opinion of this Court. As such, it is **ORDERED** that this action is **DISMISSED** without prejudice.

**DONE** and **ORDERED** this the **26th** day of **May 2020.**

/s/ Kristi K. DuBose
 **KRISTI K. DuBOSE**
 **CHIEF UNITED STATES DISTRICT JUDGE**